IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff/Respondent, vs. JESSE WADE NEWSOM, Defendant/Movant. | Cause No. CR 15-041-GF-BMM<br>CV 16-123-GF-BMM<br><br>ORDER DISMISSING MOTION AND DENYING CERTIFICATE OF APPEALABILITY |

On December 5, 2016, Defendant/Movant Newsom filed his fourth motion under 28 U.S.C. § 2255. This Court lacks jurisdiction. *See* Order (Doc. 46) at 1; Order (Doc. 52) at 2.

Accordingly, IT IS HEREBY ORDERED that Newsom's fourth § 2255 motion is DISMISSED for lack of jurisdiction. A certificate of appealability is DENIED. The clerk shall close the civil file by entering a judgment of dismissal.

DATED this 14th day of December, 2016.

_____
Brian Morris
United States District Court Judge